

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

MEMO ENDORSED

January 11, 2023

**Via ECF**
The Honorable District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **Rosas v. Trion Real Estate Management LLC, et al.**
    **22-CV-5881 (KMK)(JCM)**

Dear Judge Karas:

Our office represents the Plaintiff in the above-referenced matter and we submit this motion to respectfully request an extension of time to file the parties' settlement agreement with the Court and to extend the time to reopen the action if the settlement is not consummated and to proceed before Magistrate Judge McCarthy for purposes of Cheeks review. Attached as Exhibit A is an executed AO 85consent form.

Pursuant to the Court's December 12, 2022 Order of Dismissal, the action was dismissed and discontinued without prejudice to the right to reopen the action within thirty days of the Order and the parties were to submit the settlement agreement within 30 days of said Order if the parties wanted the Court to retain jurisdiction to enforce the terms of the settlement agreement.

We respectfully request that the above be extended an additional two weeks through January 26, 2023 as the parties are still in the process of finalizing the settlement documents to be submitted to the Court.

This is the first request for an extension of the above deadlines, Defendants' counsel has consented to this request and this request will not affect any other dates or deadlines.

We thank the Court for its consideration and remain available to provide any additional information.

Granted.

So Ordered.

/s/ *(signature)*
1/11/23

4858-9846-8425, v. 1

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.