UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS ROSAS,

                                Plaintiff,                  **ORDER**

     -against-                                           22 Civ. 5881 (JCM)

TRION REAL ESTATE MANAGEMENT LLC,
*et al.*,

                                Defendant.
-----------------------------------------------------------------X

      On January 11, 2023, the parties in the above-captioned matter requested an extension of time to January 26, 2023 to file their settlement agreement, (Docket No. 27), which was granted by the Honorable Kenneth M. Karas, (Docket No. 29), and consented to the undersigned for all purposes, (Docket No. 28).

      Accordingly, the Court adopts the January 26, 2023 deadline and directs the parties to submit their proposed settlement agreement, a letter in support of such agreement pursuant to *Cheeks*, and Plaintiff's counsel's contemporaneous time records to the Court by that date.

Dated: January 12, 2023
       White Plains, New York

                                                       **SO ORDERED:**

                                                       _____
                                                       JUDITH C. McCARTHY
                                                       United States Magistrate Judge